Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION, ET AL

       Plaintiff

  vs.

U.S. DEPARTMENT OF JUSTICE

       Defendant

Civil No.   24-960   (TJK)

Category   I

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __5/3/2024__ from __Judge Dabney L. Friedrich__ to __Judge Timothy J. Kelly__ by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:  Judge Dabney L. Friedrich   & Courtroom Deputy
     Judge Timothy J. Kelly   & Courtroom Deputy
     Liaison, Calendar and Case Management Committee